# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIERRA INTELECTUAL BORINQUEN, INC. § § § Plaintiff, § § v. § § TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and § TOSHIBA CORPORATION, § § Defendants. § | CIVIL ACTION NO. 2:13-cv-47 JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Tierra Intelectual Borinquen, Inc. ("TIB"), hereby discloses, by and through its undersigned counsel, that it is a corporation. No parent or publicly held corporation owns 10% or more of TIB's stock.

Dated: January 24, 2013

Respectfully Submitted,

By:  /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

*Of Counsel*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000

                    Facsimile: (787) 766-7001
                    Email: etorres@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**TIERRA INTELECTUAL**
**BORINQUEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 24th day of January, 2013.

                    /s/ William E. Davis, III
                    William E. Davis, III